IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRANDON KYLE JOHNSON, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. 2:20-CV-379-RAH |
| JASON REEVES, et al., | ) |
| Defendants. | ) |

## **ORDER**

On July 17, 2020, the Magistrate Judge entered a Recommendation (Doc. 11) to which no timely objections have been filed.  After an independent review of the file and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. 11) is ADOPTED;

2. This case is DISMISSED without prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B); and

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE, this 22nd day of September, 2020.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE